**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 00-31414
Summary Calendar

JONATHAN BURAS,

Plaintiff-Appellant,

versus

LARRY G. MASSANARI,

ACTING COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

--------------------------------------------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 00-CV-654-N
--------------------------------------------------------
July 31, 2001

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges:

PER CURIAM:[*]

Jonathan Buras appeals the district court's judgment affirming the Social Security Commissioner's denial of disability benefits. Buras, relying on this court's decision in <u>Singletary v. Bowen</u>, 798 F.2d 818 (5th Cir. 1986), contends that the Administrative Law Judge (ALJ) erred in failing to consider whether he could obtain and maintain employment. To the extent that <u>Singletary</u> is applicable to Buras's case, he has not shown that the ALJ's failure to consider whether he could maintain employment is reversible error. He does not argue, and the medical evidence does not indicate, that his physical impairment prevented him from maintaining regular employment. <u>See</u>

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

Singletary, 798 F.2d at 822 (determination that claimant is unable to continue working for significant periods of time must be supported by medical evidence).  Accordingly, the district court's judgment upholding the Commissioner's decision denying benefits is AFFIRMED.